Argued and submitted March 2, accused suspended from the practice of law for one year, commencing 60 days from the date of filing of this opinion March 22, 2001

In re Complaint as to the Conduct of

## WILLIAM S. DAMES,
*Accused.*

(OSB 98-8; SC S47462)

21 P3d 95

Doug J. Richmond, Medford, argued the cause and filed the briefs for the accused. With him on the briefs was Kellington, Krack, Richmond, Blackhurst & Sutton, LLP.

Chris L. Mullmann, Assistant Disciplinary Counsel, Lake Oswego, argued the cause and filed the brief for the Oregon State Bar.

PER CURIAM

## PER CURIAM

In this lawyer discipline proceeding, a trial panel of the Disciplinary Board found that the accused had violated five separate provisions of the Code of Professional Responsibility and determined that he should be suspended from the practice of law for one year. Because the trial panel imposed a suspension exceeding six months, review by this court is automatic. *See* ORS 9.536(2) (so providing); BR 10.1 (same). We have reviewed the record and are of the opinion that the trial panel correctly found the pertinent facts, appropriately assessed the accused's guilt of the charges against him, and selected a sanction that was appropriate under the American Bar Association's *Standards for Imposing Lawyer Sanctions* (1991) (amended 1992), and this court's case law. A more thorough recitation of the underlying facts and the rationale for the sanction that the trial panel imposed would not benefit the parties, the bar, or the public.

The accused is suspended from the practice of law for one year, commencing 60 days from the date of filing of this opinion.